IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIGETTE SULLIVAN, )
                                       ) 2:10-cv-00671-GEB-KJM
        Plaintiff, )
                                       )
    v. ) ORDER RE: SETTLEMENT AND
                                       ) DISPOSITION
LEGAL RECOVERY LAW OFFICES, )
INC., )
                                       )
        Defendant. )
_____ )

        Plaintiff filed a Notice of Settlement on June 24, 2010 in which she states, "this case has settled." (Docket No. 8.) Further, Plaintiff requests sixty (60) days to file "dispositive documentation." (Id.) Therefore, a dispositional document shall be filed no later than August 23, 2010.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for July 12, 2010, is continued to commence at 9:00 a.m. on October 4, 2010, in the event that no dispositional document is filed, or if this action is not otherwise

1

dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.

    IT IS SO ORDERED.

Dated:  July 1, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge